IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> VIERA-GONZALEZ, et al., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:16-cr-209 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendant Flores-Maravilla's Motion to Strike Expert Witness (Dkt. 315). For the reasons stated from the bench on February 5, 2018, and for good cause shown, the motion is **DENIED**.

It is **SO ORDERED**.

February 5, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge